Eastern District of Kentucky
**FILED**

JUN 2 2 2023

AT LONDON
ROBERT R CARR
CLERK U S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## PIKEVILLE

UNITED STATES OF AMERICA

V.                                                     INDICTMENT NO. 7:23-CR-011-DCR

TIMOTHY D. MORMAN

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about September 16, 2022, in Johnson County, in the Eastern District of Kentucky,

**TIMOTHY D. MORMAN**

did knowingly and intentionally possess with the intent to distribute controlled substances, including 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of pills containing oxycodone, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)

On or about September 16, 2022, in Johnson County, in the Eastern District of Kentucky,

### TIMOTHY D. MORMAN

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, to wit: possession with the intent to distribute controlled substances, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 3
## 18 U.S.C. § 922(g)(1)

On or about September 16, 2022, in Johnson County, in the Eastern District of Kentucky,

### TIMOTHY D. MORMAN,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, that is a (1) Ruger, LCP II, .380 caliber pistol with serial number 380503242; (2) Marlin Glenfield, model 60, .22 long rifle, with serial number 23613885; (3) Daewoo, 9mm caliber pistol with serial number 03314; (4) Churchill, 12 gauge shotgun with serial number 20054509; (5) Browning Medallion, .22 rifle with serial number 60360NW3M7; and (6) Allen and Wheelock revolver with no serial number, and the firearms were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
21 U.S.C. § 853
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **TIMOTHY D. MORMAN** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **TIMOTHY D. MORMAN** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.  By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **TIMOTHY D. MORMAN** shall forfeit to the United States any and all firearms, magazines and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 924(c) and 922(g). Any and all interest that **TIMOTHY D. MORMAN** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.  The property to be forfeited includes, but is not limited to, the following seized from **TIMOTHY D. MORMAN** on or about September 16, 2022:

    **FIREARMS AND AMMUNITION:**
    1. Ruger, LCP II, .380 caliber pistol with serial number 380503242;
    2. Marlin Glenfield, model 60, .22 long rifle, with serial number 23613885;
    3. Daewoo, 9mm caliber pistol with serial number 03314;
    4. Churchill, 12 gauge shotgun with serial number with serial number 20054509;
    5. Browning Medallion, .22 rifle with serial number 60360NW3M7;
    6. Allen and Wheelock revolver with no serial number; and

7. All associated ammunition, magazines, and accessories.

**CURRENCY:**
$1,100.00 in United States currency.

**A TRUE BILL**

███████████████

*[signature]*

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

### COUNT 2:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

### COUNT 3:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

**If Armed Career Criminal: Not less than 15 years imprisonment, $250,000 fine and not more than 5 years supervised release.**

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of listed items.